UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
CHRISTINA GARCIA,                          :
                                           :
                          Plaintiff,       :        26cv2417 (DLC)
                                           :
              -v-                          :        ORDER
                                           :
METROPOLITAN TRANSPORTATION AUTHORITY      :
et al.,                                    :
                                           :
                          Defendants.      :
                                           :
----------------------------------------- X

DENISE COTE, District Judge:

On February 17, 2026, the plaintiff commenced this action in the Supreme Court of the State of New York, County of New York. The complaint asserted several causes of action under the United States Constitution and federal laws, among other state law claims. On March 24, 2026, the defendants removed the case to federal court based on federal question jurisdiction. On March 26, 2026, the plaintiff withdrew all federal claims in the action. Accordingly, it is hereby

ORDERED that this case be remanded to the Supreme Court of the State of New York, County of New York. The Clerk of Court shall close the case.

Dated:    New York, New York
          March 27, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge